|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| INSTITUTE FOR FREE SPEECH, a Virginia non-profit corporation,<br><br>                Plaintiff,<br><br>v.<br><br>FRED JARRETT, in his official and personal capacities as Chair of the Washington Public Disclosure Commission; NANCY ISSERLIS, in her official capacity as Vice-Chair of the Washington Public Disclosure Commission; WILLIAM DOWNING, in his official and personal capacities as a member of the Washington Public Disclosure Commission; RUSSELL LEHMAN, in his personal capacity as a former member of the Washington Public Disclosure Commission; PETER LAVALLEE, in his official capacity as Executive Director of the Washington Public Disclosure Commission; and ROBERT FERGUSON, in his official capacity as Washington's Attorney General,<br><br>                Defendants. | NO.  3:21-cv-05546 BJR<br><br>ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO JOIN ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO EXTEND ANSWER DATE AND SET SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT |

ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO JOIN ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO EXTEND ANSWER DATE AND SET SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT  --
No. 3:21-cv-05546 BJR

1

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**

**ORDER**

Based upon the stipulated motion filed by Defendant Russell Lehman to join the Order granting Defendants Fred Jarrett, Nancy Isserlis, William Downing, Peter Lavallee, and Robert Ferguson's stipulated motion to extend the date for filing of an Answer or Response to the Complaint and to set a schedule for motions for summary judgment, IT IS ORDERED that the date for Defendant Lehman's Answer or Response to the Complaint is extended, and the following briefing schedule and page limitations will apply to Defendant Lehman with respect to the parties' motions for summary judgment:

**August 30, 2021:** Defendants' Answers to Complaint due, including Defendant Lehman

**September 10, 2021:** Defendants, including Defendant Lehman, will file their response to Plaintiff's Motion for Summary Judgment and their Cross-Motion for Summary Judgment, which shall not exceed a combined 48 pages (or 24 pages for each brief)

**October 1, 2021:** Plaintiff will file its response to Defendants Cross-Summary Judgment and reply in support of its motion, which shall not exceed a combined 36 pages (or 24 pages for the opposition and 12 pages for the reply)

**October 15, 2021:** Defendants, including Defendant Lehman, will file their reply, which shall not exceed 12 pages

DATED this 27th day of August, 2021.

_____
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO JOIN ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO EXTEND ANSWER DATE AND SET SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT --
No. 3:21-cv-05546 BJR

2

ERROR! AUTOTEXT ENTRY NOT DEFINED.